TRUST FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1999-C1, by and through ORIX CAPITAL MARKETS, LLC as Master Servicer and Special Servicer, Appellant, v LOVE FUNDING CORPORATION, Respondent.

Submitted August 3, 2009; decided August 27, 2009

Submitted August 3, 2009; decided August 27, 2009

Motion by Northern Manhattan Improvement Corporation et al. for leave to appear amici curiae on consideration of the certi-

fied question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.